FILED
2013 Feb-06 AM 09:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs ) | Case No: CR 12-S-409-S |
| ) | |
| **TEMORRIS JAQUA CAMPBELL,** ) | |
| **JOEL JONES, et al.** ) | |

## ORDER

This case is before the court on the Motions to Suppress filed by defendants Temorris Jaqua Campbell and Joel Jones (docs. 22 & 25, respectively). Magistrate Judge Harwell G. Davis, III held a hearing on January 3, 2013, and entered his Report and Recommendation on January 7, 2013 (doc. no. 27). No objections have been filed.

Upon consideration of the entire record in this case, the court ADOPTS the report of the magistrate judge, and ACCEPTS his recommendation. Accordingly, it is ORDERED that the defendants' motions to suppress are DENIED.

DONE and ORDERED this 6th day of February, 2013.

_____
United States District Judge